693 A.2d 200

**Josephine MILIA, Appellee,**

v.

**James A. PARRISH, Jr., Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 28, 1997.

Decided May 15, 1997.

Robert M. Davison, Bethlehem, for James A. Parrish.

Chrystyna M. Fenchen, Bethlehem, and John J. Keller, Allentown, for Josephine Milia.

## *ORDER*

PER CURIAM.

AND NOW, this 15th day of May, 1997, the appeal is dismissed as having been improvidently granted.